IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CANON HOSPICE, LLC**                                          **PLAINTIFF**

v.                                                      CAUSE NO. 1:14CV313-LG-RHW

**SYLVIA MATHEWS BURWELL,**
Secretary of the United States
Department of Health and Human Services                 **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment [14] filed by the plaintiff Canon Hospice, LLC, and the Motion for Summary Judgment [17] filed by the defendant Sylvia Mathews Burwell, Secretary of the United States Department of Health and Human Services.  In a separate Memorandum Opinion and Order entered this date, the Court has denied Canon's Motion for Summary Judgment, granted the Secretary's Motion for Summary Judgment, dismissed Canon's claims with prejudice, and affirmed the decision of the Secretary.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this Medicare appeal filed by Canon Hospice, LLC, is **DISMISSED WITH PREJUDICE** and the decision of the PRRB and the Secretary of the United States Department of Health and Human Services is **AFFIRMED**.

**SO ORDERED AND ADJUDGED** this the 1st day of September, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE